PHILIP TRIMBLE v. THE STATE.

APPEALS—*Practice on.*—Where no error appears upon the face of the record, and no exceptions taken, motion for a new trial, or in arrest, in the court below, the judgment will be affirmed.

APPEAL FROM DREW CIRCUIT COURT.

HON. HENRY B. MORSE, *Circuit Judge.*

*Montgomery, Attorney General,* for Appellee.

BENNETT, J.—This was an indictment for exhibiting a gambling device known and called "*Keno.*" The appellant was tried and found guilty. Judgment was pronounced, from which an appeal was granted.

The record shows no exceptions were taken during the trial. No motion for a new trial, or in arrest of judgment, was made. All the proceedings appear to be regular and in accordance with law. The indictment is good, and charges a public offense with sufficient certainty.

Judgment affirmed.